# Court of Appeals
# of the State of Georgia

ATLANTA,   August 09, 2016   

*The Court of Appeals hereby passes the following order:*

**A16D0476.  ROMEL MOLINA MANAOIS v. THE STATE.**

Romel Molina Manaois has filed an application for discretionary appeal of the trial court's order dismissing his motion to set aside and vacate his conviction.  The trial court entered its order on June 8, 2016.  Manaois filed his application on July 22, 2016.

An application for discretionary appeal must be filed within 30 days of entry of the challenged order.  OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989).  Manaois filed his application 44 days after entry of the order he seeks to appeal, and his application is therefore untimely.  In addition, a motion to vacate a conviction is not an appropriate remedy in a criminal case, and any appeal from an order denying or dismissing such a motion must be dismissed.  *Harper v. State*, 286 Ga. 216, 216-218 (686 SE2d 786) (2009).  Accordingly, Manaois's application is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
   *Clerk's Office,*
*Atlanta,*  08/09/2016

  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

       *Stephen E. Castlen*  *, Clerk.*